UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMBER FOREMAN,**

    **Plaintiff,**

v.                                          **Case No.: 8:23-CV-2384-AAS**

**MARTIN O'MALLEY,**
**Commissioner of Social Security**
**Administration,**

    **Defendant.**
_____/

## ORDER

Amber Foreman moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 26). The Commissioner does not oppose the motion. (*Id.*, p. 2).

Ms. Foreman requests $2,996.59 in attorney's fees and $400.00 in filing costs. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A May 16, 2024 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 23). The Clerk of Court entered judgment in favor of Ms. Foreman. (Doc. 24).

The Commissioner does not contest the following: Ms. Foreman is the prevailing party; the Commissioner's position was not substantially justified; and Ms. Foreman's attorney's fees request is reasonable. (Doc. 26, pp. 1–2). A

court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Foreman is entitled to $2,996.59 in attorney's fees and $400.00 in filing costs.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Ms. Foreman owes a debt to the United States. Ms. Foreman assigned her rights to EAJA fees to her attorney. (Doc. 26, p. 6). So, if Ms. Foreman has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **ORDERED** that Ms. Foreman's motion for attorney's fees under the EAJA (Doc. 26) is **GRANTED**. Ms. Foreman is awarded **$3,396.59**.

**ORDERED** in Tampa, Florida on August 14, 2024.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge